**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6163**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KENNETH M. MONTGOMERY, JR., a/k/a Richard E.
Main,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CR-98-289)

─────────────

Submitted: March 22, 2001          Decided: March 30, 2001

─────────────

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Kenneth M. Montgomery, Jr., Appellant Pro Se. David T. Maguire, Assistant United States Attorney, Richmond, Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kenneth M. Montgomery, Jr., appeals the district court's order denying his motion for a new trial under Fed. R. Crim. P. 33. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Montgomery, No. CR-98-289 (E.D. Va. Jan. 11, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED